Monica Perales
Attorney at Law: 297739
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Edward Bowden

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| EDWARD BOWDEN, | Case No.: 2:19-cv-03285-AFM |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 3/12/2020

_____
ALEXANDER F. MACKINNON
UNITED STATES MAGISTRATE JUDGE

| | | |
|---|---|---|
| 1 | DATE: March 11, 2020 | Respectfully submitted, |
| 2 | | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 3 | | BY: /s/ *Monica Perales* |
| 4 | | Monica Perales<br>Attorney for plaintiff Edward Bowden |

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:19-CV-03285-AFM**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on March 11, 2020.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Monica Perales*

_____
Monica Perales
Attorneys for Plaintiff
_____